UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MODY SAID, § § *Plaintiff,* § § v. § § EAN HOLDINGS LLC dba § ENTERPRISE CAR RENTAL CO., § et al., § § *Defendants.* § | Civil Action No. 3:24-CV-0728-X-BW |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 20). Magistrate Judge David L. Horan recommends denying Plaintiff's motion to remand (Doc. 16). Plaintiff Mody Said filed an objection regarding the court's subject matter jurisdiction. (Doc. 24). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DENIES** Plaintiff's motion to remand.

1

**IT IS SO ORDERED** this 17th day of September 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE